IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LUBBER, INC., | ) |
| | ) Case No. 3:11-0042 |
| Plaintiff/Counter-Defendant, | ) |
| | ) JUDGE SHARP |
| v. | ) |
| | ) MAGISTRATE JUDGE BROWN |
| OPTARI LLC and | ) |
| JEREMIAH PENT, | ) |
| | ) |
| Defendants/Counterclaimants, | ) |

## MOTION FOR IN-PERSON STATUS CONFERENCE

Optari LLC ("Optari") and Jeremiah Pent ("Pent") must request a conference with the Court to resolve the parties' disagreement regarding the interpretation of the Court's March 15, 2012 Order (Doc. No. 153), namely:

1. Plaintiff interprets the Order as not requiring Plaintiff to pay one half of Defendants' attorney review expense, which comprises the bulk of the amounts estimated as Plaintiff's share of production expenses for the documents specified in Defendants' motion for protective order;

2. Plaintiff has declined to narrow its discovery requests and has, in fact, significantly expanded the electronic search methodology, and, therefore, the expense of such a production would likely be several times higher than originally estimated;

3. Defendants seek pre-payment of the estimated expenses (to the Clerk, if necessary) in light of Plaintiff's admitted financial troubles and testimony concerning outstanding bills.

Accordingly and unfortunately, Defendants seek the Court's assistance in resolving these issues. Attached as collective Exhibit A are communications concerning the parties' disagreement. Optari and Pent respectfully request that the Magistrate Judge set an in-person status conference at the Magistrate Judge's earliest convenience. Defendants believe an in-

**ORDER**
**Motion Granted**
**/S/ Joe B. Brown**
**JOE B. BROWN**
**Magistrate Judge**

and the hearing is set for 1:00 p.m. on Thursday, March 29, 2012 Courtroom 783.